29D02-1802-CC-001102

Hamilton Superior Court 2

Filed: 2/6/2018 1:46 PM
Tammy Baitz
Clerk
Hamilton County, Indiana

| STATE OF INDIANA | ) | IN THE HAMILTON COUNTY COURTS |
|---|---|---|
| | )SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. |

NEXTGEAR CAPITAL, INC., )
　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　)
　　v. )　　**S U M M O N S**
　　　　　　　　　　　　　　)
AMERICAN EAGLE AUTOMOTIVE )
LIMITED LIABILITY COMPANY, )
　d/b/a LOMAN AUTO SALES AND )
　SERVICE AND AMERICAN EAGLE )
　AUTOMOTIVE LLC, and )
JOHN J. LOMAN, )
DAVID B LOMAN, )
CAROL A LOMAN, )
　　　　　Defendants. )

RECEIVED
Hand delivered
FEB 21 2018
By John Loman
FIDELI LAW GROUP

**To Defendant:**　　John J. Loman
　　　　　　　　　　14 Glenwood Drive
　　　　　　　　　　Saddle River, New Jersey 07458

　　　　You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

　　　　The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

　　　　An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

　　　　If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:　__2/6/2018__　　　　　　　_Tammy Baitz_　　　　　　　　　(Seal)
　　　　　　　　　　　　　　　　　Clerk, Hamilton County Court

**The following manner of service of summons is hereby designated:**
____ Registered or certified mail.
____ Service at place of employment, to-wit:
**XX** Service on individual via private process server -- (personal or copy) at above address.

**Attorney for Plaintiff:**
Michael G. Gibson (#29665-49)
1320 City Center Drive, Suite 100
Carmel, IN 46032
Telephone: (317) 660-2507

Hamilton County Court
One Hamilton County Square, Suite 106
Noblesville, IN 46060
Telephone: (317) 776-9629

**29D02-1802-CC-001102**

Hamilton Superior Court 2

Filed: 2/6/2018 1:46 PM
Tammy Baltz
Clerk
Hamilton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA )<br>)SS:<br>COUNTY OF HAMILTON ) | | IN THE HAMILTON COUNTY COURTS<br><br>CAUSE NO. |

NEXTGEAR CAPITAL, INC., )
    )
        Plaintiff, )
    )
    v. )   **S U M M O N S**
    )
AMERICAN EAGLE AUTOMOTIVE )
LIMITED LIABILITY COMPANY, )
  d/b/a LOMAN AUTO SALES AND )
SERVICE AND AMERICAN EAGLE )
 AUTOMOTIVE LLC, and )
JOHN J. LOMAN, )
DAVID B LOMAN, )
CAROL A LOMAN, )
        Defendants. )

RECEIVED
Hand delivered
FEB 21 2018
By John Loman
KROEL LAW GROUP

**To Defendant:**   David B Loman
15 Baldwin Road
Saddle River, New Jersey 07458

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: __2/6/2018__    _/s/ Tammy Baltz_    (Seal)
                Clerk, Hamilton County Court

**The following manner of service of summons is hereby designated:**
____ Registered or certified mail.
____ Service at place of employment, to-wit:
_XX_ Service on individual via private process server -- (personal or copy) at above address.

**Attorney for Plaintiff:**
Michael G. Gibson (#29665-49)
1320 City Center Drive, Suite 100
Carmel, IN 46032
Telephone: (317) 660-2507

Hamilton County Court
One Hamilton County Square, Suite 106
Noblesville, IN 46060
Telephone: (317) 776-9629

29D02-1802-CC-001102

Hamilton Superior Court 2

Filed: 2/6/2018 1:46 PM
Tammy Baitz
Clerk
Hamilton County, Indiana

| STATE OF INDIANA | ) | IN THE HAMILTON COUNTY COURTS |
|---|---|---|
| | )SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. |

NEXTGEAR CAPITAL, INC., )
)
    Plaintiff, )
)
v. ) **S U M M O N S**
)
AMERICAN EAGLE AUTOMOTIVE )
LIMITED LIABILITY COMPANY, )
  d/b/a LOMAN AUTO SALES AND )
SERVICE AND AMERICAN EAGLE )
 AUTOMOTIVE LLC, and )
JOHN J. LOMAN, )
DAVID B LOMAN, )
CAROL A LOMAN, )
    Defendants. )

RECEIVED
Hand delivered
FEB 2 1 2018
By John Loman

**To Defendant:**    Carol A Loman
15 Baldwin Road
Saddle River, New Jersey 07458

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 2/6/2018

*Tammy Baitz*
Clerk, Hamilton County Court (Seal)

**The following manner of service of summons is hereby designated:**
\_\_\_\_\_ Registered or certified mail.
\_\_\_\_\_ Service at place of employment, to-wit:
 **XX**  Service on individual via private process server -- (personal or copy) at above address.

**Attorney for Plaintiff:**
Michael G. Gibson (#29665-49)
1320 City Center Drive, Suite 100
Carmel, IN 46032
Telephone: (317) 660-2507

Hamilton County Court
One Hamilton County Square, Suite 106
Noblesville, IN 46060
Telephone: (317) 776-9629