# KRIDEL LAW GROUP

JAMES A. KRIDEL, JR. *
ANNE L. HELDMAN ~

OF COUNSEL:
HON. PETER F. BOGGIA (RET.)

* LICENSED TO PRACTICE IN
  NEW JERSEY AND NEW YORK

~ LICENSED TO PRACTICE IN
  NEW JERSEY



1035 ROUTE 46 EAST
SUITE B-204
CLIFTON, NEW JERSEY 07013

TEL: (973) 470-0800
FAX: (973) 472-1909

NEW YORK OFFICE:
1270 BROADWAY
SUITE 305
NEW YORK, NEW YORK 10001
TEL: (212) 924-1625
FAX: (973) 472-1909

WWW.KRIDEL.COM
LAW@KRIDEL.COM

March 9, 2018

**VIA OVERNIGHT MAIL**
ATTN: Clerk's Office, Room 105
United States District Court for the Southern District of Indiana
Birch Bayh Federal Building and U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

**RE:   NEXTGEAR CAPITAL, INC. V. AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY, ET AL.
OUR FILE NUMBER: 1879-006**

Dear Sir or Madam:

Enclosed for filing please find the original and one copy of the following documents:

1. Motion to Appear *Pro Hac Vice*;
2. Proposed Order; and,
3. Notice of Removal.

Two checks are enclosed for $100.00 and $400.00, respectively, made payable to the Clerk of the United States District Court, for the filing fees.

Please return the copy stamped "Filed" to this office in the self-addressed, stamped envelope enclosed for your convenience.

Thank you for your time and attention to this matter.

Respectfully,

JAMES A. KRIDEL, JR., ESQ.
JAK/alh
Enclosures
cc:   Michael G. Gibson, Esq., via Certified Mail R.R.R. and regular mail (with enclosures)
      Amanda D. Stafford, Esq., via Certified Mail R.R.R. and regular mail (with enclosures)

K:\Loman\Loman_adv._NextGear\Correspondence\20180309_Court.docx

*NextGear Capital, Inc. v. American Eagle Automotive Limited Liability Company, et al.*
*March 9, 2018*
*Page 2 of 2*

        John Loman, via electronic mail (with enclosures)
        David Loman, via electronic mail (with enclosures)
        Carol Loman, via electronic mail (with enclosures)