FedEx
press

®

Extremely Urgent

RT 806
A 6541
6 16:00
03:12
FZ

00020
00100

fedex.com 1800.GoFedEx 1800.463.3339

**FedEx.** Express   Package US Airbill

FedEx Tracking Number   8119 8954 6541

**1 From**
Date 3/9/18
Sender's Name James A. Kridel, Jr. Esq.   Phone 973-470-0800
Company THE KRIDEL
Address 1035 US Highway 46 STE B204
City CLIFTON   State   ZIP 07013-2469

RECEIVED
MAR 12 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name Clerk's Office   Phone
Company USDC for the Southern District of Indiana
Address US Courthouse   105
Address 46 East Ohio Street
City Indianapolis   State IN   ZIP 46204

Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

0128332418

8119 8954 6541

**FedEx**
TRK# 8119 8954 6541
0215

MON - 12 MAR AA
STANDARD OVERNIGHT
ISR

SE GSHA

46204
IN-US
IND

FID 404709 09MAR18 JSLA 546C1/07F5/0C8A

**4 Express**
Next Bus

☐ FedEx First
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Priority
Next business morning.

☐ FedEx Standard
Next business afternoon. Saturday Delivery NOT available.

**5 Packaging**
☑ FedEx Envelope

**6 Special Handling**
☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☑ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.
☑ No
☐ Yes As per attached Shipper's Declaration.
☐ Yes Shipper's Declaration not required.
☐ Dry Ice Dry Ice, 9, UN 1845 ___ kg
Restrictions apply for dangerous goods — see the current FedEx Service Guide.
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☑ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card

Enter FedEx Acct. No. or Credit Card No. below.

Total Packages   Total Weight ___ lbs.   Credit Card Auth.

611