UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.,

  Plaintiff,

vs.

AMERICAN EAGLE AUTOMOTIVE
LIMITED LIABILITY COMPANY, d/b/a
LOMAN AUTO SALES AND SERVICE and
AMERICAN EAGLE AUTOMOTIVE LLC,
JOHN J. LOMAN, DAVID B. LOMAN, and
CAROL A. LOMAN,

  Defendants.

Cause No.

**1 18-cv- 0 7 8 6 TWP -TAB**

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), James A. Kridel, Jr., respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of American Eagle Automotive Limited Liability Company, d/b/a Loman Auto Sales and Service and American Eagle Automotive LLC, John J. Loman, David B. Loman, and Carol A. Loman, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States courts and/or state's highest courts:

    a. United States Court of Appeals for the Second Circuit (1997);

    b. United States Court of Appeals for the Third Circuit (1997);

    c. United States District Court for the District of New Jersey (1974);

    d. United States District Court for the Southern District of New York (1997);

    e. United States Tax Court (1974);

    f. State of New Jersey (1974); and,

    g. State of New York, Third Judicial Department (1981).

2. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

DATED: March 9, 2018

Respectfully submitted,

KRIDEL LAW GROUP

By: _____
James A. Kridel, Jr., Esq.
1035 Route 46 East
Suite B-204
Clifton, New Jersey 07013
(973) 470-0800 – Telephone
(973) 472-1902 – Facsimile
law@kridel.com – Email
*Attorneys for Defendants American Eagle*

*Automotive Limited Liability Company, d/b/a
Loman Auto Sales and Service and American Eagle
Automotive LLC, John J. Loman, David B. Loman,
and Carol A. Loman*

## CERTIFICATE OF SERVICE

I certify that on March 9, 2018, a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Michael G. Gibson, Esq.
NextGear Capital, Inc.
1320 City Center Drive
Suite 100
Carmel, Indiana 46032

Amanda D. Stafford, Esq.
NextGear Capital, Inc.
1320 City Center Drive
Suite 100
Carmel, Indiana 46032

DATED: March 9, 2018

Respectfully submitted,

KRIDEL LAW GROUP

By: _____
James A. Kridel, Jr., Esq.
1035 Route 46 East
Suite B-204
Clifton, New Jersey 07013
(973) 470-0800 – Telephone
(973) 472-1902 – Facsimile
law@kridel.com – Email
*Attorneys for Defendants American Eagle
Automotive Limited Liability Company, d/b/a
Loman Auto Sales and Service and American Eagle
Automotive LLC, John J. Loman, David B. Loman,
and Carol A. Loman*