# KRIDEL LAW GROUP



| | | |
|---|---|---|
| JAMES A. KRIDEL, JR. * | | NEW YORK OFFICE: |
| | | 1270 BROADWAY |
| OF COUNSEL: | | SUITE 305 |
| HON. PETER F. BOGGIA (RET.) | | NEW YORK, NEW YORK 10001 |
| | | TEL: (212) 924-1625 |
| * LICENSED TO PRACTICE IN | | FAX: (973) 472-1909 |
| NEW JERSEY AND NEW YORK | 1035 ROUTE 46 EAST | |
| | SUITE B-204 | WWW.KRIDEL.COM |
| ~ LICENSED TO PRACTICE IN | CLIFTON, NEW JERSEY 07013 | LAW@KRIDEL.COM |
| NEW JERSEY | | |
| | TEL: (973) 470-0800 | |
| | FAX: (973) 472-1909 | |

March 13, 2018

**VIA OVERNIGHT MAIL**
ATTN: Clerk's Office, Room 105
United States District Court for the Southern District of Indiana
Birch Bayh Federal Building and U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

    RE:    **NEXTGEAR CAPITAL, INC. V. AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY, ET AL.
CASE NUMBER: 1:18-cv-786-TWP-TAB
OUR FILE NUMBER: 1879-012**

Dear Sir or Madam:

Enclosed please find the original and one copy of the Defendants' Civil Cover Sheet for the above-captioned matter. Same is respectfully submitted by mail, as we cannot file electronically until the Court has granted the undersigned's Motion to Appear *Pro Hac Vice*.

Please return the copy stamped "Filed" to this Firm in the self-addressed, stamped envelope enclosed for your convenience.

Should your office need anything further, please do not hesitate to contact me.

Respectfully,

JAMES A. KRIDEL, JR., ESQ.
JAK/alh
Enclosures
cc:    Michael G. Gibson, Esq., and Amanda D. Stafford, Esq., via Certified Mail R.R.R. (with enclosure)
       John Loman, via electronic mail (with enclosure)
       David Loman, via electronic mail (with enclosure)
       Carol Loman, via electronic mail (with enclosure)