FedEx Express — Package US Airbill

FedEx Tracking Number: 8119 8954 6574

1 From
Date: [redacted]
Sender's Name: [redacted]     Phone: [redacted]
Company: [redacted]
Address: [redacted] US HIGHWAY 46 STE [redacted]
State: NJ   ZIP: [redacted]

2 Your Internal Billing Reference: [redacted]

3 To
Recipient's Name: [redacted]   Phone: [redacted]
Company: [redacted]
Address: [redacted]
City: [redacted]   State: [redacted]   ZIP: [redacted]

4 Express Package Service
Hold Weekday / Hold Saturday

5 Packaging
[x] FedEx Envelope

6 Special Handling and Delivery Signature Options
[x] Direct Signature
Does this shipment contain dangerous goods?
[x] No

7 Payment Bill to:
[x] Sender

Total Packages: 
Total Weight: 

Rev. Date 5/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

611

Barcode: 8119 8954 6574

---

FedEx tracking label:
TRK# 0215 8119 8954 6574
WED - 14 MAR AA
STANDARD OVERNIGHT
DSR
ND GSHA
46204
IN-US
IND
RECEIVED

FID 404709 13MAR18 JSLA 546C1/07F5/0C8A

Align top of FedEx Express® shipping la



earth**smart**
FedEx carbon-neutral
envelope shipping

RECEIVED

MAR 14 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Envelo