UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY, d/b/a LOMAN AUTO SALES AND SERVICE and AMERICAN EAGLE AUTOMOTIVE LLC, JOHN J. LOMAN, DAVID B. LOMAN, and CAROL A. LOMAN, <br><br> Defendants. | Cause No. <br><br> 1 18-cv- 0786 TWP -TAB |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of James A. Kridel, Jr., counsel for American Eagle Automotive Limited Liability Company, d/b/a Loman Auto Sales and Service and American Eagle Automotive LLC, John J. Loman, David B. Loman, and Carol A. Loman, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

James A. Kridel, Jr.
Kridel Law Group
1035 Route 46 East, Suite B-204, Clifton, New Jersey 07013
Telephone: (973) 470-0800
Facsimile: (973) 472-1902
law@kridel.com

**Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.**

Date: 3/15/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail:
    James A. Kridel, Jr.
    Kridel Law Group
    1035 Route 46 East
    Suite B-204
    Clifton, New Jersey 07013