UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY, d/b/a LOMAN AUTO SALES AND SERVICE and AMERICAN EAGLE AUTOMOTIVE LLC, JOHN J. LOMAN, DAVID B. LOMAN, and CAROL A. LOMAN, <br><br> Defendants. | Cause No. 1:18-cv-00786-TWP-TAB |

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

1. The within Supplemental Jurisdictional Statement is being submitted pursuant to an Order entered by the Honorable Tanya Walton Pratt on March 21, 2018.

2. The Defendant, American Eagle Automotive Limited Liability Company, d/b/a Loman Auto Sales and Service and American Eagle Automotive LLC (hereinafter referred to as "Dealer"), is a New Jersey Limited Liability Company and has its principal place of business in the State of New Jersey. Dealer is, therefore, a citizen of New Jersey.

3. The Dealer is a New Jersey Limited Liability Company with three members, John J. Loman, David B. Loman, and Carol A. Loman, all of whom are citizens of the State of New Jersey.

4. The Defendants, John J. Loman, David B. Loman, and Carol A. Loman (hereinafter referred to collectively as the "Individual Defendants"), are citizens of the State of New Jersey.

WHEREFORE, Defendants respectfully request that this action continue to be removed from the Hamilton County Superior Court of the State of Indiana to the United States District Court for the Southern District of Indiana (Indianapolis Division), and respectfully request that this Court enter such other and further orders as may be necessary to accomplish same.

DATED: March 28, 2018

Respectfully submitted,

KRIDEL LAW GROUP

By: _____
James A. Kridel, Jr., Esq. (admitted *pro hac vice*)
1035 Route 46 East
Suite B-204
Clifton, New Jersey 07013
(973) 470-0800 – Telephone
(973) 472-1909 – Facsimile
law@kridel.com – Email
*Attorneys for Defendants American Eagle Automotive Limited Liability Company, d/b/a Loman Auto Sales and Service and American Eagle Automotive LLC, John J. Loman, David B. Loman, and Carol A. Loman*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the following counsel of record via electronic mail and regular mail this 28th day of March, 2018:

>Michael G. Gibson, Esq.
>NextGear Capital, Inc.
>1320 City Center Drive
>Suite 100
>Carmel, Indiana 46032

>Amanda D. Stafford, Esq.
>NextGear Capital, Inc.
>1320 City Center Drive
>Suite 100
>Carmel, Indiana 46032

DATED: March 28, 2018

>Respectfully submitted,
>
>KRIDEL LAW GROUP
>
>By: _____
>James A. Kridel, Jr., Esq. (admitted *pro hac vice*)
>1035 Route 46 East
>Suite B-204
>Clifton, New Jersey 07013
>(973) 470-0800 – Telephone
>(973) 472-1909 – Facsimile
>law@kridel.com – Email
>*Attorneys for Defendants American Eagle Automotive Limited Liability Company, d/b/a Loman Auto Sales and Service and American Eagle Automotive LLC, John J. Loman, David B. Loman, and Carol A. Loman*