UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00786-TWP-TAB |
| | ) | |
| AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY | ) ) | |
| d/b/a LOMAN AUTO SALES AND SERVICE, | ) ) | |
| AMERICAN EAGLE AUTOMOTIVE LLC, | ) | |
| JOHN J. LOMAN, | ) | |
| DAVID B. LOMAN, | ) | |
| CAROL A. LOMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MAY 7, 2018, INITIAL PRETRIAL CONFERENCE AND
ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel, May 7, 2018, for an initial pretrial conference. The Case Management Plan is stayed. [Filing No. 9.]

**This cause is set for a telephonic status conference at 4 p.m. on June 11, 2018.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660.

The purpose of this conference is to discuss settlement.

Date:  5/15/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email.