UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cv-00786-TWP-TAB |
| AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY<br>   d/b/a LOMAN AUTO SALES AND SERVICE,<br>AMERICAN EAGLE AUTOMOTIVE LLC,<br>JOHN J. LOMAN,<br>DAVID B. LOMAN,<br>CAROL A. LOMAN, | ) |
| Defendants. | ) |

**ORDER ON JUNE 11, 2018, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel June 11, 2018, for a telephonic status conference. Discussion was held regarding discovery, settlement, and related matters. The parties shall file a status report regarding settlement by June 29, 2018.

Date: 6/20/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email.