UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:18-cv-00786-TWP-TAB |
| ) | |
| AMERICAN EAGLE AUTOMOTIVE LIMITED ) | |
| LIABILITY COMPANY ) | |
| d/b/a LOMAN AUTO SALES AND SERVICE, ) | |
| AMERICAN EAGLE AUTOMOTIVE LLC, ) | |
| JOHN J. LOMAN, ) | |
| DAVID B. LOMAN, and ) | |
| CAROL A. LOMAN, ) | |
| ) | |
| Defendants. ) | |

## **STATUS REPORT**

Plaintiff, NextGear Capital, Inc. ("NextGear") and Defendants American Eagle Automotive Limited Liability Company d/b/a Loman Auto Sales and Service, American Eagle Automotive LLC, John J. Loman, David B. Loman and Carol A. Loman (collectively, the "Defendants"), each by counsel, hereby report to the Court as follows:

1. The undersigned counsels for NextGear and Defendants have been in discussions and are progressing toward a potential resolution of this matter.

2. Defendants' counsel is meeting with his clients on Monday, July 2, 2018.

3. The parties will file a report to the Court on or before July 6, 2018.

4. The parties anticipate a resolution to this matter, however, if a resolution is not met, the parties will move for approval of the case management plan.

Have Seen and Agreed:

| | |
|---|---|
| /s/ Michael G. Gibson | /s/ James A. Kridel, Jr. |
| NextGear Capital, Inc. | Kridel Law Group |
| 1320 City Center Drive, Suite 100 | 1035 Route 46 East, Suite B-204 |
| Carmel, IN  46032 | Clifton, NJ  07013 |
| Ph. (317) 660-2507/Fax (317) 571-3737 | Ph. (973) 470-0800/Fax (973) 472-1902 |
| Michael.gibson2@coxautoinc.com | law@kridel.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |