UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:18-cv-00786-TWP-TAB |
| ) | |
| AMERICAN EAGLE AUTOMOTIVE LIMITED ) | |
|   LIABILITY COMPANY ) | |
|   d/b/a LOMAN AUTO SALES AND SERVICE, ) | |
| AMERICAN EAGLE AUTOMOTIVE LLC, ) | |
| JOHN J. LOMAN, ) | |
| DAVID B. LOMAN, and ) | |
| CAROL A. LOMAN, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

Plaintiff, NextGear Capital, Inc. ("NextGear") and Defendants American Eagle Automotive Limited Liability Company d/b/a Loman Auto Sales and Service, American Eagle Automotive LLC, John J. Loman, David B. Loman and Carol A. Loman (collectively, the "Defendants"), each by counsel, hereby report to the Court as follows:

1. The undersigned counsels for NextGear and Defendants have been in discussions towards a potential resolution of this matter.

2. At this time, the Parties are unable to reach an agreement to resolve this matter.

3. The Parties would request that the Court approve the previously submitted Case Management Plan.

4. The Parties anticipate continued negotiations towards a resolution of this matter and will promptly inform the Court if one is reached.

Have Seen and Agreed:

/s/ Michael G. Gibson
NextGear Capital, Inc.
1320 City Center Drive, Suite 100
Carmel, IN  46032
Ph. (317) 660-2507/Fax (317) 571-3737
Michael.gibson2@coxautoinc.com
*Counsel for Plaintiff*

/s/ James A. Kridel, Jr.
Kridel Law Group
1035 Route 46 East, Suite B-204
Clifton, NJ  07013
Ph. (973) 470-0800/Fax (973) 472-1902
law@kridel.com
*Counsel for Defendants*