UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:18-cv-00786-TWP-TAB ) |
| AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY d/b/a LOMAN AUTO SALES AND SERVICE, AMERICAN EAGLE AUTOMOTIVE LLC, JOHN J. LOMAN, DAVID B. LOMAN, and CAROL A. LOMAN, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CORPORATE OWNERSHIP STATEMENT

Plaintiff NextGear Capital, Inc. states that it is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a majority-owned subsidiary of Cox Enterprises, Inc.  No publicly held company or investment fund directly holds 10% or more ownership interest in NextGear Capital, Inc.

Respectfully submitted this 11th day of July, 2018.

**NEXTGEAR CAPITAL, INC.**

 /s/ Michael G. Gibson
Michael G. Gibson, #29665-49
NextGear Capital, Inc.
1320 City Center Drive, Suite 100
Carmel, IN  46032
Ph:  317-660-2507
Email: michael.gibson2@coxautoinc.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic noticing system on the following, this 11th day of July, 2018:

James A. Kridel, Jr.
Kridel Law Group
law@kridel.com

                                                 /s/ Michael G. Gibson
                                                 Michael G. Gibson