UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:18-cv-00786-TWP-TAB |
| ) | |
| AMERICAN EAGLE AUTOMOTIVE LIMITED ) | |
|   LIABILITY COMPANY ) | |
|   d/b/a LOMAN AUTO SALES AND SERVICE, ) | |
| AMERICAN EAGLE AUTOMOTIVE LLC, ) | |
| JOHN J. LOMAN, ) | |
| DAVID B. LOMAN, and ) | |
| CAROL A. LOMAN, ) | |
| ) | |
| Defendants. ) | |

### **PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Plaintiff, NextGear Capital, Inc., by counsel, notifies the Court that on July 12, 2018, it served the Initial Disclosures on the defendants in this matter in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted this 12th day of July, 2018.

**NEXTGEAR CAPITAL, INC.**

/s/ Michael G. Gibson
Michael G. Gibson, #29665-49
NextGear Capital, Inc.
1320 City Center Drive, Suite 100
Carmel, IN  46032
Phone: 317-660-2507
Email: michael.gibson2@coxautoinc.com

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic noticing system on the following, this 12th day of July, 2018:

James A. Kridel, Jr.
Kridel Law Group
law@kridel.com

                                    /s/ Michael G. Gibson
                                    Michael G. Gibson