UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EAGLE AUTOMOTIVE LIMITED LIABILITY COMPANY, d/b/a LOMAN AUTO SALES AND SERVICE and AMERICAN EAGLE AUTOMOTIVE LLC, JOHN J. LOMAN, DAVID B. LOMAN, and CAROL A. LOMAN, <br><br> Defendants. | Cause No. 1:18-cv-00786-TWP-TAB |

### **DEFENDANTS' NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Defendants, American Eagle Automotive Limited Liability Company, d/b/a Loman Auto Sales and Service and American Eagle Automotive LLC, John J. Loman, David B. Loman, and Carol A. Loman, by counsel notifies the Court that on July 12, 2018, they served the Initial Disclosures on the Plaintiff in this matter in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted this 12th day of July, 2018.

DATED: July 12, 2018

                      Respectfully submitted,
                      KRIDEL LAW GROUP

              By:    /s/ James A. Kridel, Jr., Esq
                      James A. Kridel, Jr., Esq. (admitted *pro hac vice*)
                      1035 Route 46 East, Suite B-204
                      Clifton, New Jersey 07013
                      (973) 470-0800 – Telephone
                      (973) 472-1909 – Facsimile
                      law@kridel.com – Email
                      *Attorneys for Defendants American Eagle Automotive Limited Liability Company, d/b/a Loman Auto Sales and Service and American Eagle Automotive LLC, John J. Loman, David B. Loman, and Carol A. Loman*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been served upon the following counsel of record via electronic noticing system on the following, this 12th day of July, 2018:

>Michael G. Gibson, Esq.
>NextGear Capital, Inc.
>1320 City Center Drive
>Suite 100
>Carmel, Indiana 46032
>Michael.Gibson2@coxautoinc.com

DATED: July 12, 2018

                                                Respectfully submitted,

                                                KRIDEL LAW GROUP

By:    By:    /s/ James A. Kridel, Jr., Esq
                        James A. Kridel, Jr., Esq. (admitted *pro hac vice*)
                        1035 Route 46 East
                        Suite B-204
                        Clifton, New Jersey 07013
                        (973) 470-0800 – Telephone
                        (973) 472-1909 – Facsimile
                        law@kridel.com – Email
                        *Attorneys for Defendants American Eagle*
                        *Automotive Limited Liability Company, d/b/a*
                        *Loman Auto Sales and Service and American Eagle*
                        *Automotive LLC, John J. Loman, David B. Loman,*
                        *and Carol A. Loman*