UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:18-cv-00786-TWP-TAB |
| | ) | |
| AMERICAN EAGLE AUTOMOTIVE LIMITED | ) | |
| LIABILITY COMPANY | ) | |
| d/b/a LOMAN AUTO SALES AND SERVICE, | ) | |
| AMERICAN EAGLE AUTOMOTIVE LLC, | ) | |
| JOHN J. LOMAN, | ) | |
| DAVID B. LOMAN, and | ) | |
| CAROL A. LOMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Plaintiff NextGear Capital, Inc. ("Plaintiff"), by counsel, hereby files its Preliminary Witness and Exhibit list pursuant to Fed. R. Civ. P. 26(a)(3).

**A.  Individuals Expected to Testify**

1.      Reinaldo Ortiz, Account Executive, NextGear Capital, Inc. Mr. Ortiz may be contacted c/o Michael G. Gibson, Collection Counsel, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN  46032, 317-660-2507.

2.      Julia Mossor, Regional Director, NextGear Capital, Inc. Ms. Mossor may be contacted c/o Michael G. Gibson, Collection Counsel, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN  46032, 317-660-2507.

3.      Eric Brown, Senior Manager, Risk and Recovery.  Mr. Brown may be contacted c/o Michael G. Gibson, Collection Counsel, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN  46032, 317-660-2507.

4.      Greg Hidbrader, Supervisor, Risk and Recovery, NextGear Capital, Inc. Mr. Hidbrader may be contacted c/o Michael G. Gibson, Collection Counsel, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN  46032, 317-660-2507.

5.      David L. Edwards, Senior Recovery Specialist, NextGear Capital, Inc.  Mr. Edwards may be contacted c/o Michael G. Gibson, Collection Counsel, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN  46032, 317-660-2507.

6.      Terry Dashner, Senior Recovery Specialist, NextGear Capital, Inc. Mr. Dashner may be contacted c/o Michael G. Gibson, Collection Counsel, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, IN  46032, 317-660-2507.

**7.**      All Defendants.

**B.  Documents to Support Claims and Defenses.**

1.      <u>Receivable Detail Report Write-off</u> – a report prepared by Plaintiff showing the amount of the indebtedness, on a per vehicle basis, at the time of write-off pursuant to Plaintiff's internal procedures;

2.      <u>Balance Calculation Report</u> – a report prepared by Plaintiff showing the amount of indebtedness, including post write-off interest accrued after the time of write-off;

3.      <u>Floored Vehicle History Report</u> – a report prepared by Plaintiff showing all credits and debits, on a per vehicle basis, of all vehicles related to Defendants' account with Plaintiff;

4.      <u>Payments Received Report</u> – a report prepared by Plaintiff showing all payments received by Plaintiff from, or no behalf of, Defendants.

5.      All documents attached to the Complaint, including the Demand Promissory Note and Loan and Security Agreement, and all amendments thereto, UCC Financing Statement, and

Individual Personal Guaranties thereof.

      Respectfully submitted this 18th day of July, 2018.

                             **NEXTGEAR CAPITAL, INC.**

                             /s/ Michael G. Gibson
                             Michael G. Gibson, #29665-49
                             NextGear Capital, Inc.
                             1320 City Center Drive, Suite 100
                             Carmel, IN  46032
                             Ph:  317-660-2507
                             Email:  michael.gibson2@coxautoinc.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon the below parties, this 18th day of July, 2018:

James A. Kridel, Jr.
Kridel Law Group
law@kridel.com

                             /s/ Michael G. Gibson
                             Michael G. Gibson