UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:18-cv-00786-TWP-TAB |
| ) | |
| AMERICAN EAGLE AUTOMOTIVE LIMITED ) | |
| LIABILITY COMPANY ) | |
| d/b/a LOMAN AUTO SALES AND SERVICE, ) | |
| AMERICAN EAGLE AUTOMOTIVE LLC, ) | |
| JOHN J. LOMAN, ) | |
| DAVID B. LOMAN, and ) | |
| CAROL A. LOMAN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants, American Eagle Automotive, LLC d/b/a Loman Auto Sales and Service, American Eagle Automotive, LLC, John J. Loman, David B. Loman, and Carol A. Loman, by counsel, hereby files its Preliminary Witness and Exhibit list pursuant to Fed.R.Civ.P.26(a)(3).

**A.   Individuals Expected to Testify**

1. John J. Loman, Defendant; 14 Glenwood Drive, Saddle River, New Jersey 07458.

2. David B. Loman, Defendant; 15 Baldwin Road, Saddle River, New Jersey 07458.

3. Plaintiff, its agents, servants, and/or employees, who may be contacted c/o Michael G. Gibson, Esq., Collection Counsel, NextGear Capital, Inc., 1320 City Center Drive, Suite 100, Carmel, Indiana 46032, 317-660-2507.

4. Persons or entities who may be revealed throughout the course of discovery.

B. **Documents That Defendants May Use To Support Its Defense**

1. All exhibits attached to the Complaint, including the Demand Promissory Note and Loan and Security Agreement, and all amendments thereto, UCC Financing Statement, and Individual Personal Guaranties.
2. Defendants' internal notes entered contemporaneously with the actions being documented.
3. Defendants American Eagle Automotive, LLC d/b/a Loman Auto Sales and Service and Defendant American Eagle Automotive, LLC's accounting records, bank statements, cancelled checks and computerized dealer reports.
6. All documents identified by Plaintiffs.
7. All documents received through third parties.

Defendants reserve their right to supplement the documents identified to date as discovery progresses in this matter.

Respectfully submitted this 26th day of July 2018

/s/ James A. Kridel, Jr.
Kridel Law Group
1035 Route 46 East, Suite B-204
Clifton, NJ  07013
Ph. (973) 470-0800/Fax (973) 472-1902
law@kridel.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the below parties, this 26th day of July, 2018:

Michael G. Gibson, Esq.
Michael.Gibson2@coxautoinc.com          /s/ James A. Kridel, Jr., Esq._____
                                         James A. Kridel, Jr., Esq.