UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| AMERICAN EAGLE AUTOMOTIVE | ) |
| LIMITED LIABILITY COMPANY, | ) Cause No. 1:18-cv-00786-TWP-TAB |
| d/b/a LOMAN AUTO SALES AND | ) |
| SERVICE AND AMERICAN EAGLE | ) |
| AUTOMOTIVE LLC, and | ) |
| JOHN J. LOMAN, | ) |
| DAVID B LOMAN, | ) |
| CAROL A LOMAN, | ) |
| | ) |
| Defendants. | ) |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Come now the plaintiff, NextGear Capital, Inc. ("Plaintiff"), by counsel, and defendants American Eagle Automotive Limited Liability Company d/b/a Loman Auto Sales And Service and American eagle Automotive LLC, John J. Loman, David B Loman, and Carol A Loman (collectively, the "Defendants"), by counsel, and pursuant to Ind. Trial Rule 41 (a)(1)(A)(ii), and hereby stipulate to the dismissal of Plaintiff's claims against the Defendants, with prejudice, with each party to bear its own attorney fees and costs.

Respectfully submitted this _____ day of _____, 2018.

| | |
|---|---|
| _s/ Michael G. Gibson_____ | _s/ James A. Kridel Jr._____ |
| Michael G. Gibson (#29665-49) | James A. Kridel, Jr. |
| NextGear Capital, Inc. | Kridel Law Group |
| 1320 City Center Drive, Suite 100 | 1035 Route 46 East Suite B-204 |
| Carmel, IN 46032 | Clifton, New Jersey 07013 |
| Telephone: (317) 660-2507 | Telephone: (973)470-0800 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |