UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| AMERICAN EAGLE AUTOMOTIVE | ) |
| LIMITED LIABILITY COMPANY, | ) Cause No. 1:18-cv-00786-TWP-TAB |
| d/b/a LOMAN AUTO SALES AND | ) |
| SERVICE AND AMERICAN EAGLE | ) |
| AUTOMOTIVE LLC, and | ) |
| JOHN J. LOMAN, | ) |
| DAVID B LOMAN, | ) |
| CAROL A LOMAN, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, having filed their Joint Stipulation for Dismissal With Prejudice, pursuant to Ind. Trial Rule 41 (a)(1)(A)(ii), and the Court having reviewed such stipulation and being otherwise duly advised,

IT IS HEREBY ORDERED that the Complaint in the above-captioned proceeding is hereby DISMISSED WITH PREJUDICE pursuant to T.R. 41 (a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

DATED: _____

_____
Judge, United States District Court Southern District of Indiana

Distribution:
All registered counsel via CM/ECF